

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

In the interest of A.J.M. and      * From the 326th District Court
A.C.M., children,                   of Taylor County,
                                   Trial Court No. 44,420-C.

No. 11-20-00222-CV                 * September 2, 2021

                                  * Memorandum Opinion by Trotter, J.
                                  (Panel consists of: Bailey, C.J.,
                                  Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that there is error in the order below. Therefore, in accordance with this court's opinion, the order of the trial court is reversed, and the cause is remanded to the trial court for further proceedings. The costs incurred by reason of this appeal are taxed against Debbie Moan, David Moa, and David Adrian Moa.